IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

LUKE T. GATLIN,

Defendant.                                                         No. 09-30193-DRH

### ORDER

**HERNDON, Chief Judge:**

This matter was referred to United States Magistrate Judge Donald G. Wilkerson for the specific purpose of conducting a change of plea for Defendant Luke T. Gatlin, pursuant to **28 U.S.C. § 636**, **LOCAL RULE 72.1(b)(2)** and Defendant Gatlin's consent (Doc. 21). Pursuant to **FEDERAL RULE OF CRIMINAL PROCEDURE 11**, the change of plea hearing was held on February 8, 2010 (Doc. 20). During the change of plea, Defendant plead guilty to Count 1 of the Superseding Indictment following a thorough colloquy with Judge Wilkerson. Thereafter, Judge Wilkerson issued a Report and Recommendation ("the Report") recommending that the Court accept Defendant's plea of guilty (Doc. 24). In accordance with **28 U.S.C. § 636(b)(1)(B)**, the parties were allowed fourteen (14) days from the issuance of the Report to file written objections. As of this date, neither party has filed objections. Therefore, the Court **ADOPTS** the Report in its entirety.

Thus, it is the finding of the Court in the case of *United States v. Luke T. Gatlin*, that Defendant Gatlin was fully competent and capable of entering an

informed plea, that he was aware of the nature of the charges and the consequences of the plea, and that the plea of guilty was a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense.  Accordingly, the Court **ACCEPTS** Defendant Gatlin's guilty plea and **ADJUDGES** him **GUILTY** on Count 1 of the Superseding Indictment.  The Court **REMINDS** the parties that the sentencing is set for **May 14, 2010 at 1:30 p.m.**

**IT IS SO ORDERED.**

Signed this 26th day of February, 2010.

/s/  David R Herndon

**Chief Judge**
**United States District Court**